Fred FORBES; Margaret Bohn; John L. Summers; Ann S. Anderson, Stuart R. Snider; George Melcher, Jr.; Christopher Tisch; Planned Parenthood of Central and Northern Arizona, Inc.; Robert Tamis, Plaintiffs–Appellees,

v.

Janet NAPOLITANO, in her capacity as Attorney General, State of Arizona; Stephen Neely, in his capacity as County Attorney, Pima County, Arizona, Defendants–Appellants.

No. 99–17372.

United States Court of Appeals,
Ninth Circuit.

Aug. 9, 2001.

Argued and Submitted October 3, 2000.

Filed December 29, 2000

Order Amending Opinion
Filed April 11, 2001

Second Amendment Filed August 9, 2001

Bebe J. Anderson, The Center for Reproductive Law & Policy, New York, N.Y. and Michael Owen Miller, Miller Smith LLP, Tucson, Arizona, for the plaintiffs-appellees.

Charles R. Pyle, Assistant Attorney General, Tucson, Arizona, for the defendants-appellants.

Before: SNEED, SCHROEDER, and PAEZ, Circuit Judges.

SCHROEDER, Circuit Judge.

The opinion filed December 29, 2000 is amended as follows: at page 4510 of the slip opinion, lines 5–6 from the bottom, after the cite to *City of Chicago v. Morales*, add the parenthetical "(plurality)", so that it reads: *City of Chicago v. Morales*, 527 U.S. 41, 52, 119 S.Ct. 1849, 144 L.Ed.2d 67 (1999) (plurality).

The mandate may now issue.